UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 17-CV-404 (JNE/HB)

Michelle Howard,

    Plaintiff,

v.

Synchrony Bank,

    Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each parties to bear their own costs and fees.

Date: August 23, 2017

*/s/ Bennett Hartz*
Bennett Hartz #393136
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
***Attorneys for Plaintiff***

Date: August 23, 2017

*/s/ Cory D. Olson*
Cory D. Olson #386941
Anthony Ostlund Baer & Louwagie PA
90 South 7th Street, Suite 3600
Minneapolis, MN 55402
(612) 349-6969
***Attorneys for Defendant***