UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michelle Howard,                                  Civil No. 17-404 (JNE/HB)

    Plaintiff,

v.                                                ORDER

Synchrony Bank,

    Defendant.

On August 23, 2017, the parties filed a joint Stipulation of Dismissal with Prejudice [Docket No. 18]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: August 25, 2017

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge